# EXHIBIT 1

EXHIBIT 1

Print

# CASE INFORMATION

## Docket Information

skip to results

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 10/16/25 | D1 | NT | NOTICE OF APPEARANCE, FILED D1 HSBC BANK USA, NATIONAL ASSOCIATION HANNAH KUNC 0100627. NOTICE OF APPEARANCE OF COUNSEL | 📄 |
| 10/15/25 | N/A | SR | USPS RECEIPT NO. 58298528 DELIVERED BY USPS 10/07/2025 ALTISOURCE PORTFOLIO SOLUTIONS, INC. PROCESSED BY COC 10/15/2025. | |
| 10/15/25 | N/A | SR | USPS RECEIPT NO. 58298527 DELIVERED BY USPS 10/09/2025 HSBC BANK USA, NATIONAL ASSOCIATION PROCESSED BY COC 10/15/2025. | |
| 10/12/25 | N/A | JE | PLAINTIFF'S MOTION TO STAY, FILED 09/30/2025, IS DENIED. NOTICE ISSUED | 📄 |
| 10/02/25 | D2 | SR | SUMS COMPLAINT(58298528) SENT BY CERTIFIED MAIL. TO: ALTISOURCE PORTFOLIO SOLUTIONS, INC. 2300 LAKEVIEW PARKWAY 7TH FLOOR SPACE 756 ALPHARETTA, GA 30009 | 📄 |
| 10/02/25 | D1 | SR | SUMS COMPLAINT(58298527) SENT BY CERTIFIED MAIL. TO: HSBC BANK USA, NATIONAL ASSOCIATION 1661 WORTHINGTON ROAD, SUITE 100 WEST PALM BEACH, FL 33409 | 📄 |
| 10/01/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/01/25 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/01/25 | D2 | CS | WRIT FEE | |
| 10/01/25 | D1 | CS | WRIT FEE | |
| 09/30/25 | P1 | MO | MOTION FILED FOR P1 RAY BONNER PRO SE 9999999 MOTION TO STAY | 📄 |
| 09/30/25 | N/A | SF | JUDGE CASSANDRA COLLIER-WILLIAMS ASSIGNED (RANDOM) | |
| 09/30/25 | P1 | SF | LEGAL RESEARCH | |
| 09/30/25 | P1 | SF | LEGAL NEWS | |
| 09/30/25 | P1 | SF | LEGAL AID | |
| 09/30/25 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 09/30/25 | P1 | SF | COMPUTER FEE | |
| 09/30/25 | P1 | SF | CLERK'S FEE | |
| 09/30/25 | P1 | SF | DEPOSIT AMOUNT PAID PRO SE | |
| 09/30/25 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Copyright © 2025 PROWARE. All Rights Reserved. 1.1.796

EXHIBIT 1



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**September 30, 2025 11:02**

Confirmation Nbr. 3630456

RAY BONNER

vs.

HSBC BANK, NATIONAL ASSOCIATION, ET AL

CV 25 125534

**Judge:** CASSANDRA COLLIER-WILLIAMS

**Pages Filed:** 5

EXHIBIT 1

IN THE COURT OF COMMON PLEAS

CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| RAY BONNER<br>29049 HARVARD ROAD<br>ORANGE, OH 44022,<br><br>*Plaintiff,*<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION<br>TRUSTEE FOR DEUTSCHE ALT-A<br>SECURITIES, INC. MORTGAGE LOAN TRUST,<br>SERIES 2006-AR5 MORTGAGE<br>PASS-THROUGH CERTIFICATES<br>1661 WORTHINGTON ROAD, SUITE 100,<br>WEST PALM BEACH, FL 33409,<br><br>and<br><br>ALTISOURCE PORTFOLIO SOLUTIONS, INC.<br>2300 LAKEVIEW PARKWAY 7TH FLOOR,<br>SPACE 756, ALPHARETTA, GA, 30009, USA,<br><br>*Defendants.* | : : : : : : : : : : : : : : : : : : : : : : : | Case No:<br><br><br><br><br><br><br>**COMPLAINT** |

Plaintiff Ray Bonner brings this Complaint against Defendants HSBC Bank USA, N.A. ("HSBC Bank") and Altisource Portfolio Solutions, Inc. ("Altisource"), and states as follows:

### INTRODUCTION

1. Plaintiff is a resident of Cuyahoga County, Ohio.

2. Defendant HSBC Bank is a national banking association conducting business in Cuyahoga County, Ohio.

3. Defendant Altisource is a Delaware corporation engaged in property management and foreclosure-related services, conducting substantial business in Ohio.

4. HSBC Bank and Altisource have engaged in coordinated and misleading practices resulting in harm to Plaintiff.

5. Plaintiff asserts claims for (1) Breach of Contract (against HSBC Bank), (2) Fraud (against both Defendants), (3) Tortious Interference with a Business Relationship (against Altisource), and (4) Antitrust Violations (against both Defendants) under state and federal law.

## JURISDICTION AND VENUE

6. This Court has jurisdiction under Ohio law, and venue is proper because the events occurred in Cuyahoga County, and Defendants conduct substantial business here.

7. Plaintiff has received a stay of eviction proceedings in Bedford Heights Municipal Court, where an adequate bond has been posted to preserve Plaintiff's residence.

## FACTUAL ALLEGATIONS

8. Plaintiff is the assignee of a settlement agreement originally entered into by his father, which required Plaintiff to pay $280,000 to HSBC Bank to resolve disputes related to the foreclosure of the property located at 29049 Harvard Road, Orange Village, OH 44022 (the "Property"). See, EXHIBIT "A" and EXHIBIT "B", true and exact copies of both documents.

9. Plaintiff attempted to tender the agreed-upon amount but was obstructed by additional demands from Altisource for "junk fees" not included in the settlement agreement.

10. Altisource, acting in coordination with HSBC Bank, refused to accept the $280,000 payment from the Plaintiff unless these extraneous fees were satisfied, effectively preventing Plaintiff from fulfilling his contractual obligations to HSBC..

11. Despite the breach occurring more than two years ago, Plaintiff continued residing in the Property and derived financial benefits, as no rent was paid during this period.

12. Plaintiff's financial injury only commenced when HSBC initiated eviction proceedings, forcing Plaintiff to incur costs and post bond.

13. Defendants' coordinated actions have caused substantial financial and legal harm to Plaintiff.

## CLAIMS FOR RELIEF

## COUNT ONE: BREACH OF CONTRACT (AGAINST HSBC BANK)

14. Plaintiff incorporates all preceding paragraphs as if fully rewritten herein.

15. HSBC Bank breached the settlement agreement by refusing to accept the $280,000 payment due to additional unjustified fees demanded by Altisource.

16. In interpreting whether a contract exists between the parties, the Court may look at both the actions of each party and whether one party received the "fruits" of the contract.

17. In this action, HSBC Bank negotiated for the aforementioned $280,000.00 settlement amount in exchange for the Plaintiff's successor in interest dismissing his appeal against the Plaintiff.

18. Said dismissal occurred and did so to the benefit of HSBC Bank.

19. The just-described facts point to the negotiation and existence of a valid contract and the receipt of the benefits derived therefrom by HSBC Bank.

20. Plaintiff suffered damages, including eviction-related costs, legal fees, and disruption of his contractual rights.

## COUNT TWO: FRAUD (AGAINST BOTH DEFENDANTS)

21. Plaintiff incorporates all preceding paragraphs as if fully rewritten herein.
22. HSBC Bank and Altisource intentionally concealed their affiliate relationship and misrepresented the terms of the settlement agreement.
23. Plaintiff relied on these misrepresentations to his detriment, suffering financial and legal harm.

## COUNT THREE: TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP (AGAINST ALTISOURCE)

24. Plaintiff incorporates all preceding paragraphs as if fully rewritten herein.
25. Plaintiff sought to sell the Property or otherwise comply with the settlement agreement.
26. Altisource's unjustified demands and obstruction interfered with these efforts, causing Plaintiff to lose opportunities and incur damages.

## COUNT FOUR: ANTITRUST VIOLATIONS (AGAINST BOTH DEFENDANTS)

27. Plaintiff incorporates all preceding paragraphs as if fully rewritten herein.
28. HSBC Bank and Altisource engaged in collusive and anticompetitive practices, including price-fixing and market manipulation, in violation of the Sherman Act and Ohio Revised Code Chapter 1331.
29. These practices inflated costs and eliminated competitive alternatives, directly harming Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A. Compensatory damages in an amount to be determined at trial;
B. Punitive damages sufficient to deter future misconduct;

C. A declaration that Defendants violated Plaintiff's rights under Ohio and federal law;

D. Attorney's fees, costs, and expenses as permitted by law;

E. Any other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of eight (8) jurors on all issues so triable.

Respectfully submitted,

/s/ Ray Bonner

Ray Bonner
29049 Harvard Road
Orange, OH 44022
216.403.1354

EXHIBIT 1

Motion No. 5286535



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**MOTION FOR...**
**September 30, 2025 11:57**

Confirmation Nbr. 3630645

RAY BONNER

vs.

HSBC BANK, NATIONAL ASSOCIATION, ET AL

CV 25 125534

**Judge:** CASSANDRA COLLIER-WILLIAMS

**Pages Filed:** 2

EXHIBIT 1

IN THE COURT OF COMMON PLEAS

CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| RAY BONNER | : | Case No: CV25125534 |
| | : | |
| *Plaintiff,* | : | **JUDGE:** |
| | : | **CASSANDRA COLLIER** |
| vs. | : | |
| | : | **MOTION TO STAY** |
| HSBC BANK USA, NATIONAL ASSOCIATION ET AL. | : | |
| | : | |
| *Defendants.* | : | |

Plaintiff, Ray Bonner, appearing pro se, respectfully moves this Court to stay all proceedings in this case until the Ohio Supreme Court issues its decision in *HSBC Bank USA, N.A. v. Ray Bonner*, Case No. CA-24-114612.

## MEMORANDUM IN SUPPORT

1. The related case, *HSBC Bank USA, N.A. v. Bonner*, is currently pending before the Ohio Supreme Court. It arises from this same Court and addresses legal issues closely connected to the claims now before this Court.

2. The outcome of that appeal is expected to directly affect or control significant legal questions presented in the present case, including HSBC's conduct in connection with settlement agreements and foreclosure practices.

3. Proceeding with discovery and trial before the Ohio Supreme Court rules could result in unnecessary expense for the parties and risk inconsistent rulings on the same legal issues.

4. Ohio courts have inherent authority to stay proceedings to promote judicial economy and ensure consistent results. See *State ex rel. Verhovec v. Mascio*, 81 Ohio St.3d 334, 336 (1998).

## CONCLUSION

For these reasons, Plaintiff respectfully requests that this Court enter an order staying all proceedings in this case until the Ohio Supreme Court issues its decision in *HSBC Bank USA, N.A. v. Bonner*, Case No. CA-24-114612.

Respectfully submitted,

/s/ Ray Bonner
Ray Bonner, Pro Se
29049 Harvard Road
Orange, OH 44022
(216) 403-1354

### Certificate of Service

Plaintiff certifies that on September 30, 2025 he did cause the mailing of a true and exact copy of the foregoing motion to Defendants via regular mail, postage prepaid, at the mailing addresses listed on the Complaint.

Respectfully submitted,

/s/ Ray Bonner

**EXHIBIT 1**

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

| | |
|---|---|
| **RAY BONNER**<br>Plaintiff<br><br>V.<br><br>**HSBC BANK, NATIONAL ASSOCIATION, ET AL**<br>Defendant | **CASE NO.** CV25125534<br><br>**JUDGE** CASSANDRA COLLIER-WILLIAM<br><br>**SUMMONS**  SUMC  CM<br>**Notice ID:** 58298528 |

| From: | RAY BONNER          P1<br>29049 HARVARD ROAD<br>ORANGE OH 44022 | Atty.: | RAY BONNER<br>29049 HARVARD ROAD<br>ORANGE, OH 44022 |
|---|---|---|---|

| To: | ALTISOURCE PORTFOLIO SOLUTIONS, INC.   D2<br>2300 LAKEVIEW PARKWAY<br>7TH FLOOR SPACE 756<br>ALPHARETTA GA 30009 |
|---|---|

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 10/01/2025          By _____
                                         **Deputy**

CMSN130

**UNITED STATES POSTAL SERVICE**

EXHIBIT 1

Date Produced: 10/13/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 2305 21. Our records indicate that this item was delivered on 10/07/2025 at 03:27 p.m. in ALPHARETTA, GA 30009. The scanned image of the recipient information is provided below.

Signature of Recipient : *[signature] Julie Wood*

Address of Recipient : *2300 Lakeview #700*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: Case CV25125534

CV25125534 / 58298528 / ALTISOURCE PORTFOLIO SOLUTIONS INC / 2025-10-15 05:15 Sent To: 2300 LAKEVIEW PARKWAY 7TH FLOOR SPACE 756 ALPHARETTA, GA 30009

EXHIBIT 1

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

| | |
|---|---|
| **RAY BONNER**<br>Plaintiff<br><br>V.<br><br>**HSBC BANK, NATIONAL ASSOCIATION, ET AL**<br>Defendant | CASE NO. CV25125534<br><br>JUDGE CASSANDRA COLLIER-WILLIAM<br><br>**SUMMONS**  SUMC  CM<br>Notice ID: 58298527<br> |

| From: | RAY BONNER                     P1<br>29049 HARVARD ROAD<br>ORANGE OH 44022 | Atty.: | RAY BONNER<br>29049 HARVARD ROAD<br>ORANGE, OH 44022 |
|---|---|---|---|

| To: | HSBC BANK USA, NATIONAL ASSOCIATION     D1<br>TRUSTEE FOR DEUTSCHE ALT-A SECURITIES,<br>INC. MORTGAGE LOAN TRUST, SERIES<br>2006-AR5 MORTGAGE PASS-THROUGH<br>CERTIFICATES<br>1661 WORTHINGTON ROAD, SUITE 100<br>WEST PALM BEACH FL 33409 |
|---|---|

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf).

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
216-443-7950

By _Tanesha Trawick_
Deputy

Date Sent: 10/01/2025

CMSN130

UNITED STATES
POSTAL SERVICE™

Date Produced: 10/13/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 2305 07. Our records indicate that this item was delivered on 10/09/2025 at 10:29 a.m. in WEST PALM BEACH, FL 33417. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: Case CV25125534

CV25125534 / 58298527 / HSBC BANK USA, NATIONAL ASSOCIATION / 2025-10-15 05:15  Sent To: 1661 WORTHINGTON ROAD, SUITE 100 WEST PALM BEACH, FL 33409

EXHIBIT 1



202621822

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

RAY BONNER
    Plaintiff

Case No: CV-25-125534

Judge: CASSANDRA COLLIER-WILLIAMS

HSBC BANK, NATIONAL ASSOCIATION, ET AL
    Defendant

## JOURNAL ENTRY

PLAINTIFF'S MOTION TO STAY, FILED 09/30/2025, IS DENIED.

*Cassandra Collier-Williams* (signature)

Judge Signature     10/12/2025

10/10/2025



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

NOTICE OF APPEARANCE
October 16, 2025 15:03

By: HANNAH KUNC 0100627

Confirmation Nbr. 3647008

RAY BONNER                                        CV 25 125534

    vs.
                                            **Judge:** CASSANDRA COLLIER-WILLIAMS

HSBC BANK, NATIONAL ASSOCIATION, ET AL

**Pages Filed:** 2

EXHIBIT 1

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **RAY BONNER,** | ) | CASE NO. CV 25 125534 |
| | ) | |
| Plaintiff, | ) | **JUDGE CASSANDRA COLLIER WILLIAMS** |
| | ) | |
| vs. | ) | |
| | ) | |
| **HSBC BANK USA, NATIONAL ASSOCIATION, TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST SERVICES 2006-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, *et al.*,** | ) ) ) ) ) ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that Hannah Kunc and Stefanie L. Deka of the law firm of McGlinchey Stafford hereby enter their appearance as counsel for Defendant HSBC Bank USA, National Association, Trustee for Deutsche Alt-A Securities, Inc. Mortgage Loan Trust Services 2006-AR5 Mortgage Pass-Through Certificates ("HSBC"). All future pleadings, notices, and orders shall be served upon the undersigned.

Respectfully submitted,

*/s/ Hannah Kunc*
Hannah Kunc (0100627)
Stefanie L. Deka (0089248)
**McGlinchey Stafford**
3401 Tuttle Rd, Suite 200
Cleveland, OH 44122
Telephone: (216) 455-5061
Facsimile: (216) 803-6945
hkunc@mcglinchey.com
sdeka@mcglinchey.com
*Counsel for Defendant HSBC Bank USA, National Association, Trustee for Deutsche Alt-A Securities, Inc. Mortgage Loan Trust Services 2006-AR5 Mortgage Pass-Through Certificates*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Appearance of Counsel* has been served via regular U.S. mail this 16th day of October, 2025 upon the following:

| | |
|---|---|
| Ray Bonner | Altisource Portfolio Solutions, Inc. |
| 29049 Harvard Rd. | 2300 Lakeview Parkway, 7th Fl., Space 756 |
| Orange, OH 44022 | Alpharetta, GA 30009 |
| *Plaintiff* | *Defendant* |

/s/ Hannah Kunc
Hannah Kunc (0100627)

Electronically Filed 10/26/2025 15:03 / NOTICE / CV 25 125534 / Confirmation Nbr. 3647008 / CLMB3